**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Selected Arrow Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Arrow Fuel Oil Co; DBA C.O.D. Oil Co.; DBA Atlantic Fuel Co.; DBA Melrose Fuel Oil Co.; DBA Concord Fuel Co.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**22-1817136** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**463-469 Lyons Avenue**<br>**Newark, NJ**<br>ZIP Code **07112** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Essex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Selected Arrow Enterprises, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Selected Arrow Enterprises, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Daniel M. Eliades**
Signature of Attorney for Debtor(s)

**Daniel M. Eliades DME-6203**
Printed Name of Attorney for Debtor(s)

**Forman Holt Eliades & Ravin LLC**
Firm Name

**80 Route 4 East
Suite 290
Paramus, NJ 07652**
Address

**(201) 845-1000  Fax: (201) 845-9112**
Telephone Number

**June 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Edward F. Monto, Jr.**
Signature of Authorized Individual

**Edward F. Monto, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 10, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTION OF SPECIAL MEETING OF BOARD
## OF DIRECTORS OF SELECTED ARROW ENTERPRISES, INC.

I hereby certify that at a special meeting of the Board of Directors of Selected Arrow Enterprises, Inc. a corporation of the State of New Jersey, held on the 10th day of June, 2011, the following resolutions were proposed and unanimously adopted by all Directors present:

> "Resolved that, in view of the financial condition of Selected Arrow Enterprises, Inc., a New Jersey corporation, its President be and is hereby authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the firm Forman Holt Eliades & Ravin LLC for the purposes of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Edward F. Monto, Jr., President, is hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceeding of Selected Arrow Enterprises, Inc."

In certification hereof, I do set my hand and seal this 10 day of June, 2011.

Selected Arrow Enterprises, Inc.

By: _____
Edward F. Monto, Jr., President

WITNESS:

_____
Daniel Eliades

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **Selected Arrow Enterprises, Inc.**                                   Case No.
                                        Debtor(s)                              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Amerada Hess**<br>**1 Hess Plaza**<br>**Woodbridge, NJ 07095** | **Amerada Hess**<br>**1 Hess Plaza**<br>**Woodbridge, NJ 07095** | | | **450,000.00** |
| **NJ Economic Development Authority**<br>**PO Box 18634**<br>**Newark, NJ 07191-8634** | **NJ Economic Development Authority**<br>**PO Box 18634**<br>**Newark, NJ 07191-8634** | | | **120,000.00** |
| **Nutley Heating & Cooling**<br>**50 Page Road**<br>**Clifton, NJ 07012** | **Nutley Heating & Cooling**<br>**50 Page Road**<br>**Clifton, NJ 07012** | | | **40,000.00** |
| **Henry's Plumbing & Heating Supply Co.**<br>**1100C Goffle Road**<br>**Hawthorne, NJ 07506** | **Henry's Plumbing & Heating Supply Co.**<br>**1100C Goffle Road**<br>**Hawthorne, NJ 07506** | | | **40,000.00** |
| **State of New Jersey**<br>**Division of Taxation**<br>**PO Box 283**<br>**Trenton, NJ 08695-0283** | **State of New Jersey**<br>**Division of Taxation**<br>**PO Box 283**<br>**Trenton, NJ 08695-0283** | **Motor Fuels Tax** | | **35,000.00** |
| **Federated Insurance**<br>**PO Box 328**<br>**Owatonna, MN 55060** | **Federated Insurance**<br>**PO Box 328**<br>**Owatonna, MN 55060** | | | **30,000.00** |
| **Sprague Energy Corporation**<br>**2 International Drive, Suite 200**<br>**Portsmouth, NH 03801** | **Sprague Energy Corporation**<br>**2 International Drive, Suite 200**<br>**Portsmouth, NH 03801** | | | **24,869.62** |
| **Valero Energy Corporation**<br>**PO Box 696000**<br>**San Antonio, TX 78269** | **Valero Energy Corporation**<br>**PO Box 696000**<br>**San Antonio, TX 78269** | | | **21,000.00** |
| **Horizon Blue Cross Blue Shield of NJ**<br>**PO Box 1738**<br>**Newark, NJ 07101** | **Horizon Blue Cross Blue Shield of NJ**<br>**PO Box 1738**<br>**Newark, NJ 07101** | | | **18,000.00** |
| **Yellow Book Mid-Atlantic**<br>**PO Box 11815**<br>**Newark, NJ 07101-8115** | **Yellow Book Mid-Atlantic**<br>**PO Box 11815**<br>**Newark, NJ 07101-8115** | | | **10,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Selected Arrow Enterprises, Inc.**                                                     Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **General Plumbing Supply** **PO Box 980** **Edison, NJ 08818-0980** | **General Plumbing Supply** **PO Box 980** **Edison, NJ 08818-0980** | | | **10,000.00** |
| **Birdsall** **1819 W. Elizabeth Avenue** **Linden, NJ 07036** | **Birdsall** **1819 W. Elizabeth Avenue** **Linden, NJ 07036** | | | **8,602.74** |
| **NJ Manufactures Insurance Co** **PO Box 428** **Trenton, NJ 08628** | **NJ Manufactures Insurance Co** **PO Box 428** **Trenton, NJ 08628** | | | **7,800.00** |
| **Wells Fargo Equipment Finance** **PO Box 1450** **Minneapolis, MN 55485-5934** | **Wells Fargo Equipment Finance** **PO Box 1450** **Minneapolis, MN 55485-5934** | | | **5,000.00** |
| **Petro Jersey Industries** **PO Box 1147** **Point Pleasant Beach, NJ 08742** | **Petro Jersey Industries** **PO Box 1147** **Point Pleasant Beach, NJ 08742** | | | **4,020.00** |
| **Insurance Restoration Specialists, Inc.** **30 Abeel Road** **Monroe Township, NJ 08831** | **Insurance Restoration Specialists, Inc.** **30 Abeel Road** **Monroe Township, NJ 08831** | | | **3,470.23** |
| **Guardian Life Insurance Co of America** **PO Box 26280** **Lehigh Valley, PA 18002** | **Guardian Life Insurance Co of America** **PO Box 26280** **Lehigh Valley, PA 18002** | | | **3,000.00** |
| **Equipment & Meter Services** **1400 East Elizabeth Avenue** **Linden, NJ 07036** | **Equipment & Meter Services** **1400 East Elizabeth Avenue** **Linden, NJ 07036** | | | **2,919.93** |
| **Napa Automotive** **175 Central Avenue** **Newark, NJ 07103** | **Napa Automotive** **175 Central Avenue** **Newark, NJ 07103** | | | **1,956.31** |
| **Power Battery Co., Inc.** **926 Market Street** **Paterson, NJ 07513** | **Power Battery Co., Inc.** **926 Market Street** **Paterson, NJ 07513** | | | **1,777.29** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Selected Arrow Enterprises, Inc.**              Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 10, 2011**           Signature  **/s/ Edward F. Monto, Jr.**
                                             **Edward F. Monto, Jr.**
                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Absolute Protective Systems, Inc.
3 Kellogg Court, Unit 13
Edison, NJ 08817


Amerada Hess
1 Hess Plaza
Woodbridge, NJ 07095


American Wear
261 North 18th Street
East Orange, NJ 07017


Arrow Energy Corporation
515 Broad Street
Clifton, NJ 07013


B&P Products, Inc.
PO Box 336
Garwood, NJ 07027


Bank of America
1025 Main Street
Waltham, MA 02451


Birdsall
1819 W. Elizabeth Avenue
Linden, NJ 07036


Cal Corp
213 Broad Street
Keyport, NJ 07735


Chas R. Connolly Dist. Co., Inc.
PO Box 7189
39 River Road
North Arlington, NJ 07031


Custom Bandag, Inc.
401 East Linden Avenue
Linden, NJ 07036


Equipment & Meter Services
1400 East Elizabeth Avenue
Linden, NJ 07036

Federated Insurance
PO Box 328
Owatonna, MN 55060


General Plumbing Supply
PO Box 980
Edison, NJ 08818-0980


Guardian Life Insurance Co of America
PO Box 26280
Lehigh Valley, PA 18002


Henry's Plumbing & Heating Supply Co.
1100C Goffle Road
Hawthorne, NJ 07506


Horizon Blue Cross Blue Shield of NJ
PO Box 1738
Newark, NJ 07101


Insurance Restoration Specialists, Inc.
30 Abeel Road
Monroe Township, NJ 08831


Mark W. Thompson, Esq.
Wong Fleming, P.C.
821 Alexander Road, Suite 150
Princeton, NJ 08543


Napa Automotive
175 Central Avenue
Newark, NJ 07103


NJ Economic Development Authority
PO Box 18634
Newark, NJ 07191-8634


NJ Manufactures Insurance Co
PO Box 428
Trenton, NJ 08628


Nutley Heating & Cooling
50 Page Road
Clifton, NJ 07012

Opis Energy Group
PO Box 17673
Baltimore, MD 21297-1673


Petro Jersey Industries
PO Box 1147
Point Pleasant Beach, NJ 08742


Power Battery Co., Inc.
926 Market Street
Paterson, NJ 07513


Serv-US
PO Box 325
Hackettstown, NJ 07840


Sprague Energy Corporation
2 International Drive, Suite 200
Portsmouth, NH 03801


State of New Jersey
Division of Taxation
PO Box 283
Trenton, NJ 08695-0283


SuperMedia LLC
PO Box 619009
Dallas, TX 75261-9009


Suspension System
246 Raymond Boulevard
Newark, NJ 07105


Telvent DTN
9110 West Dodge Road
Omaha, NE 68114-3324


United Truck Maintenance
PO Box 3485
Union, NJ 07083


Valero Energy Corporation
PO Box 696000
San Antonio, TX 78269

```
Wells Fargo Equipment Finance
PO Box 1450
Minneapolis, MN 55485-5934


William Godsall & Associates
685 Passaic Avenue
Nutley, NJ 07110


Yellow Book Mid-Atlantic
PO Box 11815
Newark, NJ 07101-8115
```